**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| LAURA COLLEY HAMILTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-344-JDK |
| | § | |
| TYLER INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER TO RESPOND**

Before the Court is Plaintiff's motion for continuance under Federal Rule of Civil Procedure 56(d) and to reopen discovery for a limited purpose. Docket No. 17. The Court **ORDERS** Defendant to respond to Plaintiff's motion by **5:00 p.m. on Friday, October 9, 2026**.

So **ORDERED** and **SIGNED** this **5th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE